≈AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALBAMA_____

UNITED STATES OF AMERICA

V.

MISSEAL FLORES XOCHICALE
2759 Lot 9 Dadeville Road
Alexander City, AL 35010

**WARRANT FOR ARREST**

Case Number: 3:05cr262-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____MISSEAL FLORES XOCHICALE_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Illegal alien in possession of a firearm in and affecting commerce (1 count)

in violation of Title ___18___ United States Code, Section(s) ___922(g)(5)(A)___

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

November 16, 2005 - Montgomery, AL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |