**COURTROOM DEPUTY MINUTES**     **DATE:** 12/2/05
**MIDDLE DISTRICT OF ALABAMA**

                                       **DIGITAL RECORDING:** 2:20 P.M. to 2:29 P.M

- [√] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
| CASE NO. **3:05CR262-A-CSC** | DEFT. NAME: **MISSEAL FLORES XOCHICALE** |
| USA: **SUSAN REDMOND** | ATTY: **RICHARD KEITH** |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO; |
| USPTSO/USPO: **DAVID CONOLY** | |
| Defendant __√__ does ___ does NOT need an interpreter; | |
| Interpreter present ___ NO __√__ YES    NAME **DENNIS HALE** | |

- [√] **Kars.** Date of Arrest **12/1/05**    or    [ ] karsr40
- [√] **kia.** Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [√] **kcnsl.** Deft. First Appearance with Counsel
- [√] Requests appointed Counsel   √ **ORAL MOTION** for Appointment of Counsel
- [√] **Finaff.** Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] **koappted**   **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [√] **20appt.** Panel Attorney Appointed; √ to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained _____
- [ ] Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [√] Government's **WRITTEN** Motion for Detention Hrg. filed.
- [√] **DETENTION HRG** [ ] held; √ set for **12/13/05 @ 9:00 A.M.** ; [ ] Prelim. Hrg [ ] Set for _____
- [ ] **kotempdtn.** **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] **kodtn.** **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] **kocondrls.** Release order entered. [ ] Deft. advised of conditions of release.
- [ ] **kbnd.** [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
- [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [√] **Loc.(LC)** Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] **ko.** Deft. **ORDERED REMOVED** to originating district
- [ ] **kwvprl.** Waiver of [ ] Preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [ ] **Karr.** ARRAIGNMENT SET FOR:_____ [ ] HELD. Plea of **NOT GUILTY** entered.
- [ ] Trial Term _____ ; [ ] PRETRIAL CONFERENCE DATE: _____
- [ ] DISCOVERY DISCLOSURES DATE: _____
- [ ] **Krmknn.** NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] **krmvhrg.** Identity/Removal Hearing set for _____
- [ ] **Kwvspt** Waiver of Speedy Trial Act Rights Executed.

\* Detainer to be placed by INS. Deft REMANDED to custody pending further proceedings.