**COURTROOM DEPUTY'S MINUTES**                **DATE: January 3, 2006**

**MIDDLE DISTRICT OF ALABAMA**                **Digital Recording: 1:12 - 1:13**

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE. Charles S. Coody**    **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:05cr262-LSC**    **DEFENDANT(S) Geremias Sandoval, Misseal Flores Xochicale, Gualterio Guzman Xochicale**

|  GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown | * | |
| | * Donnie Bethel (Sandoval) | |
| | * Richard Keith (M. Xochicale) | |
| | * Ben Bruner (G. Xochicale) | |
| | * | |

❒ **DISCOVERY STATUS:**

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
    All defendants to enter plea

❒ **TRIAL STATUS**
    Trial time - 1 day

❒ **REMARKS:**