**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.   3:05-cr-262-A |
| ) | |
| **MISSEAL FLORES XOCHICALE,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW, the defendant, Misseal Flores Xochicale, by and through the undersigned counsel, Richard K. Keith, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty.  Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

The undersigned will be out of state from January 30, 2006, thru February 3, 2006, for scheduling consent docket purposes.

Respectfully submitted this 18th day of January, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI0003)**
Attorney for Defendant
**KEITH & HAMM, PC**
22 Scott Street
Montgomery, AL  36104-4221
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Tommie Brown Hardwick, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                           s/ Richard K. Keith
                                           **OF COUNSEL**