| COURTROOM DEPUTY MINUTES | DATE: 2/6/06 | FTR RECORDING: 10:57-11:03 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: JIMMY DICKENS | |

☐ ARRAIGNMENT    ✓ CHANGE OF PLEA    ☐ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

PRESIDING MAG. JUDGE: *CHARLES S. COODY*  DEPUTY CLERK: *WANDA STINSON*
CASE NUMBER: 3:05CR262-LSC-CSC    DEFENDANT NAME: MISSEAL FLORES XOCHICALE
AUSA: Tommie Hardwick    DEFENDANT ATTY: RICHARD KEITH
USPO: Terrance Marshall    Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (✓) CDO
Defendant ✓ does ___ does NOT need and interpreter.  Interpreter Name: BEVERLY CHILDRESS

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ☐ Not Guilty    ☐ Nol Contendere    ☐ Not Guilty by reason of insanity

✓ Guilty as to:    ✓ Count(s) __1__ of the **Indictment**

☐ Count(s) _____    ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. ✓ Written plea agreement filed.  ☐ **OPEN/ORAL** Plea Agreement.
☐ **ORDERED SEALED.**

✓ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued under ☐ same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; ☐ Sentencing on _____; ☐ To be set by Separate Order

✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or ✓ Sentencing on _____ ✓ set by separate Order.