AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: MISSEAL FLORES XOCHICALE
Case Number: 3:05-CR-0262-LSC

RECEIVED

**IMPRISONMENT**

2006 SEP 19 P 3: 44

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TEN (10) months as to Count 1.

The defendant is remanded to the custody of the United States Marshal.

Delivered on 9/7/06 to USP ATL

RETURNED AND FILED

SEP 20 2006

**RETURN**

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this Judgment as follows:

Defendant delivered on Sept 11 2006 to Warden at MUCC
_____, with a certified copy of this Judgment.

Mike Millward, warden
~~United States Marshal~~

By  S Conku records
~~Deputy Marshal~~